IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-00440-RPM

WEST AMERICAN INSURANCE COMPANY,

        Plaintiff,

v.

STEVEN SMITH d/b/a BUILDING CONCEPTS,
BUILDING CONCEPTS OF DALLAES, INC.,
BUILDING CONCEPTS, INC., and
ALL CLIMATE MECHANICAL, INC.,

        Defendants.
_____

### ORDER ON MOTION TO WITHDRAW
_____

        The Court having considered the Motion for Withdrawal, filed on July 27, 2005, it is

        ORDERED that the motion is granted and Gregory D. Graham shall have no further responsibility for the representation of defendant All Climate Mechanical, Inc., in this civil action.

        DATED: July 28th, 2005

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge