IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-00440-RPM

WEST AMERICAN INSURANCE COMPANY,

        Plaintiff,

v.

STEVEN SMITH d/b/a BUILDING CONCEPTS,
BUILDING CONCEPTS OF DALLAS, INC.,
BUILDING CONCEPTS, INC., and
ALL CLIMATE MECHANICAL, INC.,

        Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter having come before the Court on the Stipulated Motion for Dismissal With Prejudice, filed September 8, 2005, and the Court being fully advised, it is

ORDERED that the motion is granted and this civil action is dismissed with prejudice, each party to pay its respective costs and fees incurred.

DATED: September 9, 2005

                                          BY THE COURT:

                                          s/ Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge